(2022-108)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SILVIA ALANIZ | § |
| | § |
| VS. | §   Civil Action No. _____ |
| | § |
| CUTLER REPAVING, INC. | §   JURY DEMANDED |

## NOTICE OF REMOVAL

Defendant CUTLER REPAVING, INC., files this Notice of Removal to the United States District Court for the Southern District of Texas, McAllen Division, pursuant to 28 U.S.C. § 1441, based on the following facts, which show that this case is properly removable:

### PROCEDURAL BACKGROUND

1. On February 2, 2022, Plaintiff commenced an action in the 92nd Judicial District Court of Hidalgo, Texas, Cause No. C-0642-22-A, styled Silvia Alaniz v. Cutler Repaving, Inc. Plaintiff alleges Defendant is liable for negligence under a premises liability theory.

2. On February 28, 2022, Defendant was served with a copy of Plaintiff's Original Petition.

3. In addition, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* Pet. Paragraph XI, page 5.

4. At the time suit was filed, and continuing to the present, this Court had, and still has, original subject mater jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).  There is complete diversity of citizenship between Plaintiff and Defendant.  There are no statutory bars against removal to the United States District Court, Southern District of Texas.

5. The amount in controversy exceeds $75,000.00, exclusive of interests and costs.

## PARTIES

6. At the time Plaintiff's Original Petition was filed and continuing to the present, Plaintiff is alleged to be a citizen of, and domiciled in, the State of Texas. *See* Pet. Para. II.

7. At the time Plaintiff's Original Petition was filed and continuing to the present, Defendant Cutler Repaving, Inc. was and still is a Kansas City Corporation with a principal place of business in St. Lawrence, KS.

8. There is complete diversity between the parties.

9. A copy of this Notice of Removal was filed with the clerk of the State Court in which the original action was filed, as required by law.

10. Pursuant to Local Rules 3 and 81, this Notice of Removal is accompanied by a Civil Cover Sheet and copies of the following attached documents:

   a. Pleadings asserting causes of action (Exhibit A);
   b. All orders signed by the State Judge (Exhibit B)
   c. The state court docket sheet at the time of removal (Exhibit C);
   d. An index of matters being filed (Exhibit D);
   e. A list of all attorneys, including their addresses, telephone numbers, and the parties they represent (Exhibit E);

## PRAYER

For these reasons, Defendant CUTLER REPAVING, INC., requests that the Court take jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in State Court, in accordance with law.

Dated: March 23, 2022.

Respectfully submitted,

                                      "/s/" Anthony B. James
                                      Anthony B. James, Attorney in Charge
                                      State Bar No. 10537300
                                      Federal I.D. No. 3785

                                      Marco A. Jilpas
                                      State Bar No. 24071331
                                      Federal I.D. No. 2983324

                                      HODGE JAMES JILPAS & NICHOLS
                                      Attorneys at Law
                                      P.O. Box 534329 (78553)
                                      1617 E. Tyler, Suite A
                                      Harlingen, Texas 78550
                                      Telephone: (956) 425-7400
                                      Facsimile:  (956) 425-7707

                                      Attorneys for Defendant, CUTLER REPAVING, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing, Notice of Removal has been served on the 23rd day of March, 2022 to all attorneys of record as follows:

    E-Service: dolivarez@zreynalaw.com
    Ezequiel Reyna, Jr.                            Email: Zeke@zreynalaw.com
    Tomas A. Caquias                             Email: tcaquias@zreynalaw.com
    Law Offices of Ezequiel Reyna, Jr., P.c.
    702 W. Expressway 83, Suite 100
    Weslaco, Texas 78596

    *Attorneys for Plaintiff*

                                        "/s/" Anthony B. James
                                      Anthony B. James